THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT
 SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS
 PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Michael Bethel, Appellant.
 
 
 

Appeal From Horry County
Thomas A. Russo, Circuit Court Judge
Unpublished Opinion No. 2008-UP-614
Submitted November 3, 2008  Filed
 November 10, 2008    
APPEAL DISMISSED

 
 
 
 Appellate Defender Eleanor Duffy Cleary, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 all of Columbia, Solicitor John Gregory Hembree, of Conway, for Respondent.
 
 
 

PER CURIAM: Michael
 Bethel appeals his conviction for distribution of crack cocaine, for which he
 received a sentence of twenty-five years imprisonment.  He argues the trial
 judge erred in allowing the State to admit a police officers statement regarding
 previous investigations implicating him in criminal activity. After a thorough review of the record,
 counsels brief, and Bethels pro se brief pursuant to Anders v. California,
 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss the appeal and grant counsels motion to be relieved.[1]
APPEAL
 DISMISSED
ANDERSON, HUFF, and THOMAS, JJ., concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.